**Order entered December 29, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-20-00313-CR
No. 05-20-00316-CR
No. 05-20-00317-CR

**HARVEY LEWIS SIMS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-83735-2018 (counts 1, 10 & 7)**

## ORDER

Before the Court is the State's December 23, 2020 second motion for an extension of time to file its brief. We **GRANT** the motion and **ORDER** the brief received with the motion filed as of the date of this order.

/s/    BILL PEDERSEN, III
       JUSTICE